United States District Court

For the Northern District of California

1
2
3
4
5
6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8

9   MAACO FRANCHISING INC,                    No. C-13-01683 DMR

10              Plaintiff(s),                  **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
11        v.

12   KEVIN FITZGERALD ET AL,

13              Defendant(s).
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for November 13, 2013 has been

17   CONTINUED to **December 18, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,

18   1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19   **December 11, 2013.**

20

21        IT IS SO ORDERED.

22

23   Dated:  November 8, 2013

24                                             _____
                                               DONNA M. RYU
25                                             United States Magistrate Judge

26

27

28