United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAACO FRANCHISING INC, | No. C-13-01683 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| KEVIN FITZGERALD ET AL, | |
| Defendant(s). | |

The court is in receipt of the parties' joint case management statement. [Docket No. 23.] By no later than **12 p.m. on January 17, 2014**, the parties shall file a supplemental case management conference statement giving a status update on the parties' efforts to engage in settlement conversations and/or alternative dispute resolution, including whether the parties have met with the assigned panel mediator Michael Timpane, and if not, whether the mediation has been scheduled.

IT IS SO ORDERED.

Dated: January 15, 2014



_____
DONNA M. RYU
United States Magistrate Judge