LAWRENCE J. HILTON (State Bar No. 156524)
lhilton@oneil-llp.com
KATHLEEN A. DONAHUE (State Bar No. 294226)
O'NEIL LLP
19900 MacArthur Boulevard, Suite 1050
Irvine, California 92612
Telephone: (949) 798-0500
Facsimile: (949) 798-0511

Attorneys for MAACO FRANCHISING, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAACO FRANCHISING, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN E. FITZGERALD, an individual; DANA G. FITZGERALD, an individual; ECONOMY AUTO PAINTING AND BODYWORK, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 13-1683 DMR <br><br> [~~PROPOSED~~] ORDER GRANTING ENTRY OF JUDGMENT |

#142904 v1

1  Pursuant to the Stipulation entered into by and among Plaintiff Maaco
2  Franchising, Inc., and Defendants Kevin E. Fitzgerald, Dana G. Fitzgerald, and
3  Economy Auto Painting and Bodywork, Inc., IT IS HEREBY ORDERED:
4  JUDGMENT is entered against Defendants Kevin E. Fitzgerald, Dana G.
5  Fitzgerald and Economy Auto Painting and Bodywork, Inc., jointly and severally in
6  the amount of $15,000.

8  DATE: August 12, 2014          By: _____

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
(Seal: United States District Court, Northern District of California)